# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS I. BRADY,<br><br>           Plaintiff,<br><br>     v.<br><br>TERRY OTTON, et al.,<br><br>           Defendants. | Case No. 15-cv-01864-WHO<br><br>**ORDER DEFERRING RULING ON MOTION TO WITHDRAW REFERENCE** |

In a letter dated July 28, 2015, the parties notified the Court that they have entered a settlement agreement, subject to approval by the bankruptcy court, and asked that I defer ruling on defendants' motion to withdraw reference pending the bankruptcy court's ruling on plaintiff's motion for settlement approval. Dkt. No. 10. The parties predict that the bankruptcy court will rule on plaintiff's motion by mid-September 2015.

Per the parties' request, I will defer ruling on the motion to withdraw reference. The parties shall promptly notify the Court when the bankruptcy court issues its decision on the motion for settlement approval. A case management conference is set for October 6, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco.

**IT IS SO ORDERED**.

Dated: August 4, 2015

WILLIAM H. ORRICK
United States District Judge