UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOIS I. BRADY,

    Plaintiff,

  v.

TERRY OTTON, et al.,

    Defendants.

Case No. 15-cv-01864-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.  Dkt. No. 12.

Accordingly, this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED.  If any party certifies to the Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: September 11, 2015



WILLIAM H. ORRICK
United States District Judge